# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Signature Styles, LLC, *et al.*,[1] | ) | Case No. 11-11733 (KG) |
|    a Delaware limited liability company, | ) | |
| | ) | Joint Administration Pending |
|                Debtors. | ) | |

## NOTICE OF FILING OF BANKRUPTCY PETITIONS AND FIRST DAY PLEADINGS AND NOTICE OF FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on June 6, 2011, Signature Styles, LLC and Signature Styles Gift Cards, LLC (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that in connection with the filing of their petitions, the Debtors filed the following motions and applications (collectively, the "**First Day Pleadings**"):

1. Signature Styles, LLC [Docket No. 1; Case No. 11-11733 (KG)]

2. Signature Styles Gift Cards, LLC [Docket No. 1; Case No. 11-11734 (KG)]

3. Declaration of Robert Angart in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 2; Filed 06/07/2011]

4. Motion for Entry of an Order Authorizing Joint Administration of the Debtors' Related Chapter 11 Cases [Docket No. 3; Filed 06/07/2011]

5. Application of Debtors for an Order Authorizing the Retention of Epiq Bankruptcy Solutions, LLC as Official Claims, Noticing and Balloting Agent as of the Petition Date [Docket No. 4; Filed 06/07/2011]

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. 11-11733 (KG)) and Signature Styles Gift Cards, LLC (8699) (Case No. 11-11734 (KG)). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

1975172.6

6. Motion of Debtors for Entry of an Order (i) Authorizing Maintenance of Existing Bank Accounts; (ii) Authorizing Use of Existing Business Forms; (iii) Authorizing Use of Cash Management System; and (iv) Authorizing Payment of Pre-Petition Bank Fees and Charges [Docket No. 5; Filed 06/07/2011]

7. Motion of Debtors for Entry of an Order (i) Authorizing Payment of Wages, Compensation and Employee Benefits and (ii) Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 6; Filed 06/07/2011]

8. Motion of Debtors for Entry of an Order (i) Approving Debtors' Adequate Assurance of Payment to Utilities, (ii) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, and (iii) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests [Docket No. 7; Filed 06/07/2011]

9. Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Sales, Use, Income, Property and Other Taxes and Governmental Charges; (II) Authorizing the Debtors to Pay Prepetition Fees; and (III) Directing the Banks and Financial Institutions to Honor and Process the Payment of Such Amounts [Docket No. 8; Filed 06/07/2011]

10. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Certain Liens, (III) Modifying the Automatic Stay and (IV) Scheduling Interim and Final Hearings [Docket No. 9; Filed 06/07/2011]

11. Motion of Debtors for Entry of an Order Approving an Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 10; Filed 06/07/2011]

12. Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Rules 2002(l), 2002(m) and 9007 to Establish Notice Procedures [Docket No. 11; Filed 06/07/2011]

13. Motion of Debtors for Entry of an Order, Pursuant to 11 U.S.C. §§ 363 and 365, Rules 2002, 6004, 6006, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Rule 6004-1, Authorizing (I) the Sale of Substantially all of the Debtors Assets Free and Clear of Liens, Claims and Encumbrances and (II) the Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 12; Filed 06/07/2011]

14. Application of Debtors Pursuant To 11 U.S.C. § 327(A) For Authority to Employ and Retain Polsinelli Shughart PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 13; Filed 06/07/2011]

15. Application of Debtors to Retain and Employ Wickwire Holm as Canadian Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 14; Filed 06/07/2011]

16. Motion of Debtors for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 15; Filed 06/07/2011]

17. Motion of Debtors for Entry of an Order Providing that any Creditors' Committee Appointed in these Cases is Not Required to Provide Access to Confidential Information of the Debtors or to Privileged Information [Docket No. 16; Filed 06/07/2011]

18. Motion of Debtors for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by Debtors in the Ordinary Course of Business [Docket No. 17; Filed 06/07/2011]

19. Application of Debtors to Retain and Employ Western Reserve Partners LLC as Investment Bankers to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 18; Filed 06/07/2011]

20. Motion of Debtors for an Order (I) Approving Bidding Procedures for the Sale of Substantially all of the Debtors Assets, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and (IV) Scheduling an Auction and Sale Hearing [Docket No. 19; Filed 06/07/2011]

21. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Contracts *Nunc Pro Tunc* as of the Petition Date [Docket No. 20; Filed 06/07/2011]

**PLEASE TAKE FURTHER NOTICE** that a hearing on certain of the First Day Pleadings has been scheduled for June 8, 2011 at 11:00 a.m. (ET) before The Honorable Kevin Gross.

Dated: June 7, 2011  
     Wilmington, Delaware

Respectfully submitted,

**POLSINELLI SHUGHART PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com
skatona@polsinelli.com

PROPOSED COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION