# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Signature Styles, LLC, *et al.*,[1] a Delaware Limited Liability Company, | Case No. 11-11733 (KG) (Joint Administration Pending) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Patriarch Partners, LLC ("Patriarch") hereby enters its appearance by and through its undersigned counsel, Jones Day and Richards, Layton & Finger, P.A.; and pursuant to Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), Patriarch hereby requests that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases and any other case(s) consolidated herewith be given and served upon the counsel listed below:

| | |
|---|---|
| Gregory M. Gordon<br>Dan B. Prieto<br>Robert J. Jud<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>Email: gmgordon@jonesday.com<br>Email: dbprieto@jonesday.com<br>Email: rjjud@jonesday.com | Daniel J. DeFranceschi (No. 2732)<br>Julie A. Finocchiaro (No. 5303)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>Email: finocchiaro@rlf.com |

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. 11-11733 (KG)) and Signature Styles Gift Cards, LLC (8699) (Case No. 11-11734 (KG)). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

RLF1 4065716v. 1

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise, filed or made with regard to the cases and proceedings referenced herein. Please add the attorneys of record to such mailing matrix as may be used for all purposes in these cases.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Patriarch's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (3) to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, or (4) any other rights of Patriarch.

Dated: June 7, 2011
Wilmington, Delaware

/s/ Daniel J. DeFranceschi

Daniel J. DeFranceschi (No. 2732)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: DeFranceschi@rlf.com
Email: Finocchiaro@rlf.com

-and-

Gregory M. Gordon
Dan B. Prieto
Robert J. Jud
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: gmgordon@jonesday.com
Email: dbprieto@jonesday.com
Email: rjjud@jonesday.com

*Attorneys for Patriarch Partners, LLC*