# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Signature Styles, LLC, e*t al.*,**[1] | ) | Case No. 11-11733 (KG) |
|    a Delaware limited liability company, | ) | |
| | ) | Jointly Administered |
|                     Debtors. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that that Experian Information Solutions, Inc. ("EIS") and Experian Marketing Services, Inc. ("EMS" and, together with EIS, "Experian") hereby appear by their counsel, Joseph D. Frank and Frank/Gecker LLP; such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following address, telephone number, facsimile number and email addresses:

Joseph D. Frank<br>
Reed A. Heiligman<br>
FRANK/GECKER LLP<br>
325 North LaSalle Street, Suite 625<br>
Chicago, Illinois 60654<br>
Telephone: (312) 276-1400<br>
Facsimile: (312) 276-0035<br>
jfrank@fgllp.com<br>
rheiligman@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers, are: Signature Styles, LLC (4502) (Case No. 11-11733) and Signature Styles Gift Cards, LLC (8699) (Case No. 11-11734). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of Experian (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Experian; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Experian may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Experian expressly reserves.

Dated: June 8, 2011　　　　　　　　　　　　EXPERIAN INFORMATION SOLUTIONS, INC. AND
　　　　　　　　　　　　　　　　　　　　　EXPERIAN MARKETING SERVICES, INC.

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Joseph D. Frank*
　　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

Joseph D. Frank (IL No. 6216085)
Reed A. Heiligman (IL No. 6294312)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:　(312) 276-1400
Facsimile:　(312) 276-0035
jfrank@fgllp.com; rheiligman@fgllp.com

# CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on **June 8, 2011**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system. In addition, copies were served via first class mail, postage prepaid, upon the parties listed below:

| *Counsel for the Debtors* | *Debtors* |
|---|---|
| Christopher A. Ward<br>Justin K. Edelson<br>Shanti M. Katona<br>POLSINELLI SHUGHART PC<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>*Phone: (302) 252-0920*<br>*Fax: (302) 252-0921*<br>cward@polsinelli.com<br>hjedelson@polsinelli.com<br>skatona@polsinelli.com | Signature Styles, LLC<br>711 Third Avenue<br>Fourth Floor<br>New York, New York 10017 |

*United States Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
Region 3
844 King Street, Room 2207
Lock Box No. 35
Wilmington, Delaware 19899-0035
*Phone: (302) 573-6491*
*Fax: (302) 573-6497*
ustpregion03.wl.ecf@usdoj.gov

By: */s/ Joseph D. Frank*

# Mailing Information for Case 11-11733-KG

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Daniel J. DeFranceschi    RBGroup@rlf.com
- Justin K. Edelson    jedelson@polsinelli.com, LSuprum@Polsinelli.com
- Shanti M. Katona    skatona@polsinelli.com, docket@polsinelli.com;cward@polsinelli.com;LSuprum@Polsinelli.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com