UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Signature Styles, LLC, *et al.* | : | Case No. 11-11733 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Gould Paper Corp.**, Attn: Michael Ritter, 11 Madison Ave., New York, NY 10010, Phone: 212-301-8682, Fax: 212-247-3409

2. **Google, Inc.**, Attn: Blake Reese, 1600 Amphitheatre Pkwy., Mountain View, CA 94043, Phone: 212-565-4869, Fax: 650-253-8616

3. **Hearst Communications, Inc.**, Attn: Allan Bittner, 214 North Tryson St., Charlotte, NC 28202, Phone: 704-348-8295, Fax: 704-376-2424

4. **Experian Marketing Solutions Inc.**, Attn: Stephen Grant, 475 Anton Blvd., Costa Mesa, CA 92807, Phone: 714-830-7710

5. **X+1**, Attn: Nancy Lazarus, 470 Park Ave. South, #175, New York, NY 10016, Phone: 203-663-4321, Fax: 203-299-1820


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Juliet M. Sarkessian for

T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 17, 2011

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher A. Ward, Esquire, Phone: (302) 302-252-0920, Fax: (302) 252-0921