# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Signature Styles, LLC, *et al.*,<br>a Delaware Limited Liability Company,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11733 (KG)<br><br>(Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2002-1(d) and sections 102, 342 and 1109(b) of the Bankruptcy Code, the undersigned hereby enters their appearance as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), and requests that the Committee be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers filed or served in these cases or any proceeding herein be delivered to and served upon the undersigned counsel at the following addresses:

Jay R. Indyke, Esq.
Jeffrey L. Cohen, Esq.
Brent Weisenberg, Esq.
Richelle Kalnit, Esq.
**COOLEY LLP**
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
jindyke@cooley.com
jcohen@cooley.com
bweisenberg@cooley.com
rkalnit@cooley.com

Frederick B. Rosner
Julia B. Klein
**THE ROSNER LAW GROUP LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

1

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance of proposed counsel, and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the interested party's (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iii) other rights, claims, actions, defenses, setoffs or recoupments the interested party is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: June 20, 2011
   Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner (DE 3995)
Julia B. Klein (DE 5189)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel:   (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

-and-

Jay R. Indyke, Esq.
Jeffrey L. Cohen, Esq.
Brent Weisenberg, Esq.
Richelle Kalnit, Esq.
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
(212) 479-60000
jindyke@cooley.com
jcohen@cooley.com

bweisenberg@cooley.com
rkalnit@cooley.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*